IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02917-BNB

GREGORY BELL,

    Applicant,

v.

FRANCIS FALK, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER FOR STATE COURT RECORD AND TO ANSWER

After preliminary consideration of the application for a writ of habeas corpus filed pursuant to 28 U.S.C. § 2254, IT IS ORDERED:

(1) Within **thirty (30) days from the date of this order** the Respondents shall file with the Clerk of the Court, in electronic format if available, a copy of the complete record of Applicant's state court proceedings in Arapahoe County District Court case number 00CR1858, including all documents in the state court file and transcripts of all proceedings conducted in the state court, but excluding any physical evidence (as opposed to documentary evidence) not relevant to the asserted claims;

(2) Within **thirty (30) days from the date the state court record is provided to the Court**, Respondent(s) shall file an Answer conforming to the requirements of Rule 5 of the Rules Governing Section 2254 Cases in the United States District Courts; and

(3) The Clerk of the Court is directed to send copies of this order to the

following:

  (1)  Clerk of the Court
      Arapahoe County District Court
      7325 S. Potomac St.
      Centennial, Colorado 80112; and

  (2)  Assistant Solicitor General
      Appellate Division
      Office of the Attorney General
      1525 Sherman Street
      Denver, Colorado  80203; and

  (3)  Court Services Manager
      State Court Administrator's Office
      101 W. Colfax, Ste. 500
      Denver, Colorado  80202.

DATED at Denver, Colorado, this 15th  day of   January           , 2013.

                BY THE COURT:

                   s/Lewis T. Babcock
                LEWIS T. BABCOCK, Senior Judge
                United States District Court