IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-02917-REB

GREGORY BELL,

    Applicant,

v.

FRANCIS FALK, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## FINAL JUDGMENT

This **Final Judgment** is entered pursuant to Fed. R. Civ. P. 58(a) and in accordance with the **Order on Application for Writ of Habeas Corpus** [#26] entered by Judge Robert E. Blackburn on July 16, 2013, which order is incorporated herein by this reference.

**THEREFORE, IT IS ORDERED** as follows:

1. That the *pro se* Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 [# 1], filed November 6, 2012, by Applicant Gregory Bell, is **DENIED**;

2. That this case is **DISMISSED WITH PREJUDICE**;

3. That there is no basis on which to issue a certificate of appealability pursuant to 28 U.S.C. § 2253(c); and

4. That leave to proceed *in forma pauperis* on appeal is denied; provided, further that Applicant may file a motion to proceed *in forma pauperis* on appeal in the United States Court of Appeals for the Tenth Circuit.

DATED at Denver, Colorado, this 17th day of July, 2013.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK

By: <u>s/Edward P. Butler</u>
      Edward P. Butler
      Deputy Clerk