**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

CIVIL ACTION NO. 12-cv-02917-REB

GREGORY BELL,

    Petitioner,

vs.

FRANCIS FALK, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

## ORDER RETURNING STATE COURT RECORD

After careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the clerk shall return the state court record.

Dated November 23, 2015, at Denver, Colorado.

                        **BY THE COURT:**

                        */s/ Robert E. Blackburn*
                        Robert E. Blackburn
                        United States District Judge