IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CIVIL ACTION NO. 12-cv-02917-REB

GREGORY BELL,

    Petitioner,

vs.

FRANCIS FALK, Warden, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER RETURNING STATE COURT RECORD**

---

After careful examination of the record, it appears that the disposition of the above captioned case is now final. It is, therefore

**ORDERED** that the clerk shall return the state court record.

Dated November 23, 2015, at Denver, Colorado.

BY THE COURT:

Robert E. Blackburn
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 12-cv-02917-REB

Arapahoe County Justice Center
7325 South Potomac Street
Centennial, CO 80112

Gregory Bell
# 113282
Limon Correctional Facility (LCF)
49030 State Highway 71
Limon, CO 80826

John D. Seidel - Colorado Attorney General's Office
**DELIVERED ELECTRONICALLY**

I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on  12/08/2015 .

JEFFREY P. COLWELL, CLERK

By: s/ D. Berardi
    Deputy Clerk



**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
OFFICE OF THE CLERK**

Alfred A. Arraj
United States Courthouse
901 19th Street
Denver, Colorado 80294
www.cod.uscourts.gov

Jeffrey P. Colwell
*Clerk*

Phone: (303) 844-3433
Fax:    (303) 335-2714

December 8, 2015

Arapahoe County Justice Center
7325 South Potomac Street
Centennial, CO 80112

　　Re:　12-cv-02917-REB

To Clerk of the Court:

　　The state court record has been authorized to be returned to Arapahoe County Court pursuant to the Order Returning State Court Record entered on November 23, 2015. Enclosed please find a copy of the order, an acknowledgment of receipt, a self addressed stamped envelope, and the original state court record for 2000-CR-1858 consisting of 2 bound volumes, 7 manilla envelopes marked "sealed" and 1 CD.

　　Please acknowledge receipt of the record by signing the enclosed acknowledgment and return in the enclosed envelope.

　　If we may be of further assistance, please feel free to contact the Clerk's Office.

　　　　　　　　　　　Very truly yours,

　　　　　　　　　　　JEFFREY P. COLWELL, CLERK

　　　　　　　　　　　By:　s/ D. Berardi
　　　　　　　　　　　　　　Deputy Clerk

Rev. 3/17/10



